**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>**Lyndsey Cowhig**</u>

    **v.**  Case No. 16-cv-515-PB

<u>**Megastore Auto Group, Inc. et al.**</u>

**O R D E R**

I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated June 19, 2018. Megastore Auto Group, Inc. is temporarily enjoined from transferring or encumbering any assets without prior approval of the Magistrate Judge.  Megastore may continue its normal business operations, but shall deposit any sale proceeds or other income into a separate account, which Megastore shall not disburse without prior approval of the Magistrate Judge.  I further order Megastore to maintain a comprehensive list of all of its assets as of June 19, 2018, and to update that inventory should any changes to those assets occur between that date and the hearing on the petition to attach.

This temporary restraining order shall remain in effect until the hearing on the petition to attach, unless modified or vacated by subsequent order.

SO ORDERED.

/s/Paul Barbadoro_____
Paul Barbadoro
United States District Judge

June 19, 2018

cc: Jason R.L. Major, Esq.
    Sean Robert List, Esq.
    Robert M. Waters, Jr., Esq.
    Samuel J. Donlon, Esq.