UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Lyndsey M. Cowhig

   v.                                             Case No. 16-cv-515-PB

Megastore Auto Group, Inc. et al

ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated January 11, 2019, and dismiss the petition to attach (doc. no. 143), without prejudice to Ms. Cowhig refiling it as a separate action in state court. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

                                                   /s/ Paul Barbadoro
                                                 Paul Barbadoro
                                                 United States District Judge

Date: January 30, 2019

cc: Counsel of Record